BEFORE THE FIRST DIVISION, AUGUST 29, 1949

**No. 53520.**—Gerstenzang Werner Co., Inc., et al. *v.* United States, protests 75702–K, etc. (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise consists of beads, composed of galalith, alabaster beads, and white beads similar in all material respects to those the subject of *Gerstenzang Werner Co., Inc.* v. *United States* (21 Cust. Ct. 97, C. D. 1136), *Eitinger Bead Co., Inc.* v. *United States* (17 id. 56, C. D. 1020), and *Eitinger Bead Co.* v. *United States* (13 id. 50, C. D. 867), respectively.   The claim at 35 percent under paragraph 1503 was therefore sustained.

**No. 53521.**—Yardley & Co., Ltd. *v.* United States, protests 69981–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.

**No. 53522.**—Abels Wasserberg & Co., Inc., et al. *v.* United States, protests 138071–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, AUGUST 29, 1949

**No. 53523.**—Eagle Drug Co. et al. *v.* United States, protests 553098–G, etc. (Los Angeles and San Francisco).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 53524.**—Cribben & Sexton Co. *v.* United States, protests 123300–K/738 and 123301–K/739 (Chicago).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 53525.**—Raphael Weill & Co. *v.* United States, protests 139638–K, etc. (San Francisco).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 53526.**—Raymor Manufacturing Division, Inc. *v.* United States, protest 142709–K (Laredo).

Opinion by LAWRENCE, J.   The protest was dismissed.